UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PATRICIA A. DAVIDSON,**

   Plaintiff,

v.   No. 4:24-cv-01172-P

**TEXAN CREDIT CORPORATION, ET AL.,**

   Defendants.

# FINAL JUDGMENT

Pursuant to the Court's Order and Federal Rule of Civil Procedure 58(a) this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **29th day of August 2025.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE